HARRY G. FANNIN, as Mayor of the City of Panama City, Florida, R. H. GRAY, W. J. COOK, J. WILL BROWN, and J. R. ASBELL, as and constituting the Board of City Commissioners of the City of Panama City, Florida, and J. S. NEWBERN, as City Clerk of the City of Panama City, Florida, v. STATE OF FLORIDA, ex rel. E. R. DANIELS.

17 So. (2nd) 552  
April 11, 1944

January Term, 1944  
Division A

*Thomas Sale,* for plaintiffs in error.

*Clyde Mayhall* and *Amos Lewis,* for defendant in error.

PER CURIAM:

The judgment appealed from being free of error, the same is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.